**AMSTED INDUSTRIES INCORPORATED,**
Appellant,

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee.

No. 2010–1410.

United States Court of Appeals, Federal Circuit.

Aug. 24, 2010.

Lyle B. Vander Schaaf, Brinks, Hofer, Gilson & Lione, Washington, DC, for Appellant.

**ON MOTION**

**ORDER**

The International Trade Commission moves to dismiss this appeal. Amsted Industries Incorporated moves to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) Amsted Industries Incorporated's motion is granted. Each side shall hear its own costs.

(2) The International Trade Commission's motion is denied as moot.

**Susan E. McDONALD, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2010–3138.

United States Court of Appeals, Federal Circuit.

Aug. 24, 2010.

Susan E. McDonald, Charlotte, NC, pro se.

**ON MOTION**

**ORDER**

Upon consideration of Susan E. McDonald's motion to voluntarily dismiss her petition,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.